RECD\*24NOV20PM1249MDGAMAC

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia ◉
_____ Division

| | |
|---|---|
| Jomo K. Wyatt <br><br>*Plaintiff(s)* <br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br>-v- <br><br>PENDAS LAW FIRM <br><br>ALBERTO LARA <br>*Defendant(s)* <br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br>*(to be filled in by the Clerk's Office)* <br><br>Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | JOMO K WYATT |
   | Street Address | 522 Main Street |
   | City and County | JEFFERSONVILLE   TWIGGS |
   | State and Zip Code | GEORGIA 31044 |
   | Telephone Number | 407-607-4725 |
   | E-mail Address | JDUB41@ICLOUD.COM |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: ALBERTO LARA
- Job or Title (if known): ATTORNEY
- Street Address: 625 E. COLONIAL DRIVE
- City and County: ORLANDO  ORANGE
- State and Zip Code: FLORIDA  32803
- Telephone Number: 407-352-3535
- E-mail Address (if known):

Defendant No. 2
- Name: PENDAS LAW FIRM
- Job or Title (if known): LAW FIRM
- Street Address: 625 E. COLONIAL DRIVE
- City and County: ORLANDO  ORANGE
- State and Zip Code: FLORIDA 32803
- Telephone Number: 407-353-3535
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
FALSE CLAIMS ACT, FRAUD
31 USC 3729

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* JOMO K, WYATT, is a citizen of the State of *(name)* GEORGIA.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* PENDAS LAW FIRM, is a citizen of the State of *(name)* FLORIDA. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
FALSE CLAIMS ACT, FRAUD
31 USC 3729

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* JOMO K, WYATT, is a citizen of the State of *(name)* GEORGIA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* ALBERTO LARA, is a citizen of the State of *(name)* FLORIDA. Or is a citizen of *(foreign nation)* _____.

Page 3 of

Second Defendant

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
PENDAS LAW FIRM AND ALBERTO LARA SETTLED A PERSONAL INJURY CASE FOR ME IN DECEMBER 2022, FOR $155,00 IN WHICH I HAVE NOT RECEIVED ANY OF THE SETTLEMENT AMOUNT. I AM SEEKING $146,405 IN DAMAGES.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
PENDAS LAW FIRM AND EMPLOYEE ALBERTO LARA BASED OUT OF FLORIDA SETTLED A PERSONAL INJURY LAWSUIT IN DECEMBER OF 2022 IN THE AMOUNT OF $155,000 DOLLARS, ACCORDING TO MR. LARA WHO NEGOTIATED THE SETTLEMENT STATED ON A RECORDED PHONE CALL THAT THE MEDICAL BILLS AT TIME OF SETTLEMENT WAS $30,000 IN WHICH COULD POSSIBLY BE NEGOTIATED AND REDUCED, ONLY AFTER I AGREED TO THESE TERMS DID HE COME BACK AND SAY THAT THE LIEN AMOUNT WAS $78,700 AND WAS UNREVERSIBLE AT THAT TIME, AND WHICH NO CHANGE IN THE LAW FIRM SETTLEMENT AMOUNT

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
PLAINTIFF ASK FOR JUDGEMENT AGAINST DEFENDANT AS FOLLOWS, THAT PENDAS LAW AND ALBERTO LARA WHETHER MADE A MISTAKE OR NEGLIGENTLY GAVE ME THE WRONG CLOSING AMOUNT IN DECEMBER 2022, THE DEFENDANT HAS A DUTY TO PROVIDE TRUTHFUL STATEMENTS TO A CLIENT TO BE ABLE TO MAKE THE APPROPRIATE DECISIONS NECESSARY FOR CLOSING A CASE. THE DEFENDANT PENDAS LAW FIRM AND ALBERTO LARA, UPON BEING NOTIFIED OF THE FALSE CLAIMS BOTH FAILED TO FIX THE PROBLEM WENT BROUGHT TO THERE ATTENTION I THEREFORE

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  11-20-2024

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  Jomo K. Wyatt

### B. For Attorneys

Date of signing:  _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____